## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAURIE SHEAFFER,** | : | **CIVIL ACTION NO. 1:05-CV-1899** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **DAWN M. SHUGHART and** | : | |
| **RE/MAX STERLING ASSOCS.,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 21st day of September, 2005, upon consideration of plaintiff's petition to proceed *in forma pauperis* (Doc. 2), and it appearing that plaintiff is unable to pay the filing fee in the above-captioned case, see 28 U.S.C. § 1915 ("[A]ny court of the United States may authorize the commencement, prosecution, or defense of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets . . . that the person is unable to pay such fees or give security therefor."), it is hereby ORDERED that the petition (Doc. 2) is GRANTED.  The Clerk of Court is directed to effect service on the defendants named in the complaint (Doc. 1).


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge