IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAURIE SHEAFFER,** | : | CIVIL ACTION NO. 1:05-CV-1899 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DAWN M. SHUGHART** and **RE/MAX STERLING ASSOCS.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 17th day of July, 2006, upon consideration of defendants' motion to compel a third party, Diakon Family Life Services, to produce documents designated by subpoena (Doc. 10), see FED. R. CIV. P. 45(c)(2)(B) ("If objection [to production of designated documents] has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production."), and it appearing that the motion (Doc. 10) and a supporting brief (Doc. 11) were served on Diakon Family Life Services and filed with the court on or before June 22, 2006, but that a brief in opposition to the motion has not been filed as of the date of this order, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . within fifteen (15) days after service of the movant's brief . . . [or] shall be deemed not to oppose such motion."), it is hereby ORDERED that:

1. Diakon Family Life Services shall file a brief in opposition to the motion to compel (Doc. 10) on or before July 31, 2006. Failure to comply with this order will result in the motion to compel (Doc. 10) being granted as unopposed. See L.R. 7.6.

2.  Defendants shall serve a copy of this order and the subpoena (Doc. 10, Ex. B) on Diakon Family Life Services pursuant to Federal Rule of Civil Procedure 45(b)(1), see FED. R. CIV. P. 45 cmt. § C45-9 (describing method of service), and file proof thereof on or before July 21, 2006. Failure to comply with this order will result in the motion to compel (Doc. 10) being deemed withdrawn.

       /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge