IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAURIE SHEAFFER,** | : CIVIL ACTION NO. 1:05-CV-1899 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **DAWN M. SHUGHART and RE/MAX STERLING ASSOCS.,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 12th day of October, 2006, upon consideration of defendants' motion to compel discovery (Doc. 15),[1] averring that *pro se* plaintiff has not timely responded to interrogatories or a request for production of documents, and it appearing that defendants have not provided proof of service of the discovery requests, it is hereby ORDERED that defendants shall be permitted to file, on or before October 20, 2006, supplemental information in support of the motion to compel discovery (Doc. 15).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court notes that the instant motion did not contain a certificate of concurrence or nonconcurrence. See L.R. 7.1. However, the court will construe defendants' unsuccessful attempt to contact plaintiff regarding the discovery issues (see Doc. 15, Ex. A) as plaintiff's nonconcurrence in the requested relief.